In the United States of Nevada

**2:20-cv-02066-APG-NJK**

FILED / ENTERED
COUNSEL/PARTIES OF
NOV 10 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___

Plantiff

Thomas Curtis W

vs.

Harbor Island Security Apts

Defendant

Bio Terrorism SS 2331.0
Enviro Terrorism S 2331.0
Eco, Cyber, State § 23310
International SS 2331.0
Assault with the intent to SS 210.0
Murder SS 210.2
The use of nuclear arms on a U.S. Citizen

Civil complaint

Harbor Island Security In Conersion with FBI and metro under the (Violation of Montreal Protocol) Violation of a treatise between all of our great Nations U.N. Called me to the property parameters - then took my groceries off the wall telln me to come get them - shot me continously with gas/mace as the black security struck me with his metal baton. I then ran as fast as I could to a hotel and filed a complaint.

In the United States District Court

ENTERED _____ SERVED _____
COUNSEL/PARTIES OF RECORD

NOV 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Plantiff

Thomas Curtis W (702) 771-8171
1940 Five Feathers  Pahrump NV 89048

vs

Harbor Island apts

340 E Harmon rd  Las Vegas NV, 89101

Defendant

Civil Complaint

SS 210.2
SS 233.1
SS 210.0

2:20-cv-02066-APG-NJK

Thomas Curtis 11/2/30

witness

Motion for legal claim

2:20-cv-02066-APG-NJK

Plantiff

Thomas Curtis W

VS Harbor Island Apts

Defendants

Civil Complaint

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

NOV 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

Legal Claim

I feel the sum of 1 million dollars will suffice for the pain and mental anguish suffered in this attack.

Thomas Curtis W.

T Curtis
1940 Five Feathers
Pahrump Nevada
89048

FILED ENTERED
COUNSEL/PARTIES OF RECORD

NOV 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

RENO NV 895
[postmark]

To, Clerk of Court
Civil Complaint
333 S. LAS Vegas BLVD
LAS Vegas NV 89101

8910137065 0075