# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. CURTIS,<br><br>    Plaintiff<br><br>v.<br><br>HARBOR ISLAND APTS,<br><br>    Defendant | Case No.: 2:20-cv-02066-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Complaint with Prejudice**<br><br>[ECF No. 3] |

On December 16, 2020, Magistrate Judge Koppe recommended that I dismiss plaintiff Thomas Curtis's complaint with prejudice because the complaint is frivolous and delusional. ECF No. 3. Curtis did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 3) is accepted, plaintiff Thomas Curtis's complaint (ECF No. 1-1) is DISMISSED with prejudice, and plaintiff Thomas Curtis's motion for leave to proceed in forma pauperis (ECF No. 1) is DENIED as moot. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE